IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BARBRA NIELSON,

    Plaintiff,

v.                                                    1-13-CV-1039 KG/LAM

PROGRESSIVE DIRECT INSURANCE COMPANY,

    Defendant.

## STIPULATED ORDER TO RELEASE RECORDS

**THIS MATTER** is before the Court on the Workers' Compensation Administration's (WCA) *Motion for Order to Release Records (Doc. 19)*, filed pursuant to NMSA 1978, § 52-5-21 (1991) and subsection BB(3) of Section 7, 11.4.1 NMAC.  Having reviewed the motion, and noting that all parties have stipulated to the release of the Workers' Compensation Administration records, the Court **FINDS** that the motion is well-taken and shall be **GRANTED**.

    **IT IS THEREFORE ORDERED** that, **within ten (10) working days** of the entry of this Order, the WCA shall submit to requesting party a true and complete copy of all WCA records requested in the Subpoena *Duces Tecum* with the WCA Clerk of the Court's attestation that the file is a correct and accurate record of the agency under seal of the WCA.

    **IT IS SO ORDERED.**

                                            */s/ Lourdes A. Martínez*
                                            **LOURDES A. MARTÍNEZ**
                                            **United States Magistrate Judge**

Submitted by: *(Prior to modification by the Court)*


_____*/s/*_____
ROBERTA BACA, for WCA
WCA Assistant General Counsel

Approved by:

*Telephonic approval on 2/3/14*
BEN DAVIS
Attorney for Plaintiff, Barbra Nielsen

*Telephonic approval on 1/29/14*
KATHLEEN M. MIXON
Attorney for Defendant, Progressive Direct Insurance Company