IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BARBRA NIELSEN,

    Plaintiff,

v().                                          1:13-cv-1039-KG-LAM

PROGRESSIVE DIRECT
INSURANCE COMPANY,

    Defendant.

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER having come before the Court on the Parties' Stipulated Motion to Dismiss with Prejudice (Doc. 32), for an Order dismissing the Complaint and all causes of action stated therein or which could have been stated therein with prejudice on the grounds that all matters in controversy by and between the parties have been fully resolved; and the Court having read the pleadings noting the stipulation of counsel, and being fully advised in the premises, FINDS:

    1.    That it has jurisdiction over the parties and the subject matter of this suit;

    2.    Said Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Complaint and all causes of action stated therein or which could have been stated therein, filed by the Plaintiff, Barbra Nielsen, against Defendants, Progressive Direct Insurance Company, and Employees/Agents Of Progressive Direct Insurance Company, be and hereby is dismissed, with

1

prejudice, with each party to bear their own attorney's fees and costs.

_____
UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

/s/ Kathleen M. Mixon
*Attorney for Defendants*


*Approved via e-mail 5/7/14*
Ben Davis, Esq.
*Attorney for Plaintiff*